UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ELAINE ROYSE., | ) ) ) | Civil No. 15-52-GFVT |
| Plaintiff | ) ) ) | **JUDGMENT** |
| V. | ) ) | |
| REED WILBERS,<br>In his Individual Capacity,<br>Defendant | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** that:

(1)   Defendant Reed Wilbers's Motion to Dismiss **[R. 2]** is GRANTED;

(2)   Judgment is **ENTERED** in favor of the Defendant; and

(3)   All issues having been resolved, this case is **STRICKEN** from the active docket.

This 26th day of January, 2016.

Gregory F. Van Tatenhove
United States District Judge